(Official Form 1)(12/03)

| FORM B1 | UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF ILLINOIS<br>CHICAGO DIVISION (EASTERN) | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First Middle):<br>**Danzy, Yvonne P.** | Name of Joint Debtor (Spouse) (if individual, enter Last, First Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No (if more than one, state all):<br>xxx-xx-4042          xxx-xx-7461 | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, State and Zip Code):<br>**7258 S. Maplewood Ave**<br>**Chicago, IL 60629** | Street Address of Joint Debtor (No. and Street, City, State and Zip Code): |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**7258 S. Maplewood Ave**<br>**Chicago, IL 60629** | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue**   (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor**   (Check all boxes that apply)<br>☒ Individual(s)          ☐ Railroad<br>☐ Corporation          ☐ Stockbroker<br>☐ Partnership          ☐ Commodity Broker<br>☐ Other_____          ☐ Clearing Bank | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed**   (Check one box)<br>☐ Chapter 7    ☐ Chapter 11    ☒ Chapter 13<br>☐ Chapter 9    ☐ Chapter 12<br>☐ Section 304 – Case ancillary to foreign proceeding |
|---|---|
| **Nature of Debts**   (Check one box)<br>☒ Consumer/Non-Business          ☐ Business | **Filing Fee**   (Check one box)<br>☒ Full Filing Fee attached |
| **Chapter 11 Small Business**   (Check all boxes that apply)<br>☐ Debtor is a small business as defined by 11 U.S.C. Sec. 101.<br>☐ Debtor is & elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 10... |

**Statistical/Administrative Information**   (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 ☐ | 16-49 ☐ | 50-99 ☒ | 100-199 ☐ | 200-99 ☐ |
|---|---|---|---|---|---|

| Estimated Assets | | | | | | |
|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | 1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million |
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | |
|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | 1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million |
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 08/20/2004
Time: 15:39:00
Debtor: YVONNE P DANZY
Case: 04-31122          Fee : 194
Chapter: 13  Rec. # : 3097194
Judge: John Squires
341 mtg: 09/20/2004 @ 02:00PM
ConfHrg: 10/06/2004 @ 10:30AM
Trustee: MARILYN MARSHALL

1:04BK31122-BK001

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-530...

(Official Form 1)(12/03) FORM B1, Page 2

| Voluntary Petition (page 2)<br>(This page must be completed and filed in every case) | Name of Debtor(s): Yvonne P. Danzy |
|---|---|

**Prior Bankruptcy Case(s) Filed Within Last 6 Years** (If more than two, attach additional sheet)

| Location Where Filed:<br>Northern District Eastern Division of Illinois | Case Number:<br>94B16789 | Date Filed:<br>8/22/1994 |
|---|---|---|
| Location Where Filed:<br>Northern District Eastern Division of Illinois | Case Number:<br>00B22231 | Date Filed:<br>8/1/2000 |

**Pending Bankruptcy Case(s) Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>None | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _/s/ Yvonne P. Danzy_
Yvonne P. Danzy

X _____

Telephone Number (If not represented by an attorney)
_____
Date

**Signature of Attorney**

X _/s/_
Robert J. Adams & Associates   Bar No. 0013056

Robert J. Adams & Associates
125 S. Clark, Suite 1810
Chicago, Illinois 60603

Phone No. (312) 346-0100   Fax No. (312) 346-6228
_____
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Printed Name of Authorized Individual
_____
Title of Authorized Individual
_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner named in the foregoing petition that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _/s/_
Robert J. Adams & Associates   Date

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address
Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date
A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both (11 U.S.C. § 110; 18 U.S.C. § 156).

IN RE: **Yvonne P. Danzy**
Debtor

Joint Debtor

CASE NO _____ (If Known)

CHAPTER **13**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: 157335426<br>ADT Security Services<br>Bankruptcy Department<br>2250 W. Pinehurst Rd.<br>Addison, IL 60101 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Utility<br>REMARKS: | | | | $150.00 |
| ACCT #: 925180<br>Allen Collections, Inc.<br>4001 S. Wayne Ave<br>Fort Wayne, IN 46807 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Collecting for - Fort Wayne Radiology<br>REMARKS: | | | | $50.00 |
| ACCT #:<br>Allied Interstate<br>3111 S. Dixie Hgwy Ste. 101<br>West Palm Beach, FL 33405 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Collections<br>REMARKS: | | | | $0.00 |
| ACCT #: 1033293133<br>America Online<br>GPO<br>PO Box 29593<br>New York, NY 10087-9593 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Other<br>REMARKS: | | | | $70.00 |
| ACCT #:<br>American General Finance<br>c/o Louis Weinstock<br>20 N. Clark, Ste. 2600<br>Chicago, IL 60602-4109 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Other<br>REMARKS: | | | | $1,165.00 |
| ACCT #:<br>AT&T Broadband<br>5711 S. Western Ave.<br>Chicago, IL 60636-1028 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Other<br>REMARKS: | | | | $120.00 |
| ACCT #: 0044953826<br>AT&T Wireless Services, Inc.<br>Attn: Bankruptcy Dept.<br>PO Box 78224<br>Phoenix, AZ 85062 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Other<br>REMARKS: | | | | $150.00 |

_____11_____ continuation sheets attached

Total for this Page (Subtotal) >   $1,705.00
Running Total >   $1,705.00

IN RE: **Yvonne P. Danzy**
Debtor

Joint Debtor

CASE NO _____
(If Known)

CHAPTER **13**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)
*Continuation Sheet No. 1*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: 150039311<br>Avenue<br>P.O. Box 659584<br>Los Ebanos, TX 78565-9584 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $100.00 |
| ACCT #: 140<br>Bennett & Deloney<br>PO Box 190<br>Midvale, UT 84047 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Home Depot**<br>REMARKS: | | | | $300.00 |
| ACCT #:<br>Best Buy<br>HRS USA<br>P.O. Box 17298<br>Baltimore, MD 21297-1298 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $300.00 |
| ACCT #:<br>Blockbuster Video - 17225<br>11047 S. Western<br>Chicago, IL 60643 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $125.00 |
| ACCT #: 589-252-450-4<br>BP Amoco<br>PO Box 9014<br>Des Moines, IA 50368-9014 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $450.00 |
| ACCT #:<br>Cameron Medical Hospital<br>Bankruptcy Department<br>416 E. Maumee<br>Angola, IN 46703 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $15.00 |
| ACCT #: 0478345<br>Cameron Medical Hospital<br>Bankruptcy Department<br>416 E. Maumee<br>Angola, IN 46703 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $360.00 |

Total for this Page (Subtotal) > **$1,650.00**
Running Total > **$3,355.00**

IN RE: **Yvonne P. Danzy**
Debtor

Joint Debtor

CASE NO _____ (If Known)

CHAPTER **13**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)
*Continuation Sheet No. 2*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: 4121-7423-4554-0390<br>Capital One<br>PO Box 60000<br>Seattle, WA 98190 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Credit Card<br>REMARKS: | | | | $600.00 |
| ACCT #: 4388-6420-8275-5094<br>Capital One<br>PO Box 60000<br>Seattle, WA 98190 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Credit Card<br>REMARKS: | | | | $600.00 |
| ACCT #:<br>Century Liquidation, Inc.<br>3604 Macon Rd, Unit 2<br>Columbus, GA 31907 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Other<br>REMARKS: | | | | $2,500.00 |
| ACCT #: 15166445<br>CFC Financial LLC<br>PO Box 2038<br>Warren, MI 48090 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Collecting for - SBC<br>REMARKS: | | | | $1,000.00 |
| ACCT #:<br>CFG Credit, LP<br>PO Box 13248<br>Arlington, TX 76094-0248 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Furniture Note<br>REMARKS: | | | | $800.00 |
| ACCT #:<br>Chicago Patrolmens Federal Credit Union<br>1359 W. Washignton Blvd.<br>Chicago, IL 60607 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Loan<br>REMARKS: | | | | $10,132.00 |
| ACCT #: 9999364237<br>Chicago Suntimes<br>401 N. Wabash<br>Chicago, IL 60611 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Paper<br>REMARKS: | | | | $20.00 |

Total for this Page (Subtotal) > **$15,652.00**
Running Total > **$19,007.00**

IN RE: **Yvonne P. Danzy**
Debtor

Joint Debtor

CASE NO _____ (If Known)

CHAPTER **13**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)
*Continuation Sheet No. 3*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: 3454324<br>Chicago Tribune<br>P.O.Box 7904<br>Chicago, IL 60680-7904 | - | DATE INCURRED:<br>CONSIDERATION:<br>Other<br>REMARKS: | | | | $50.00 |
| ACCT #:<br>Christ Hospital<br>4400 W. 95th<br>Oak Lawn, IL 60453 | - | DATE INCURRED:<br>CONSIDERATION:<br>medical<br>REMARKS: | | | | $4,000.00 |
| ACCT #:<br>City of Chicago<br>Department of Revenue - EMS<br>PO Box 805030<br>Chicago, IL 60680 | - | DATE INCURRED:<br>CONSIDERATION:<br>Medical<br>REMARKS: | | | | $290.00 |
| ACCT #:<br>City Of Chicago Dept. of Revenue<br>Bureau of Parking<br>333 S. State, Room 540<br>Chicago, IL 60604-3977<br>  Attn: Bankruptcy Unit | - | DATE INCURRED:<br>CONSIDERATION:<br>Parking Fines<br>REMARKS:<br>License Plate F155055 | | | | $800.00 |
| ACCT #:<br>City of Chicago, Dept. of Water<br>c/o Myron N. Schreiber, Ass't Commission<br>333 S. State, Room L10<br>Chicago, IL 60604 | - | DATE INCURRED:<br>CONSIDERATION:<br>Utility<br>REMARKS: | | | | $645.00 |
| ACCT #:<br>Commonwealth Edison<br>Bill Payment Center<br>Chicago, IL 60668-0001 | - | DATE INCURRED:<br>CONSIDERATION:<br>Utility<br>REMARKS: | | | | $270.00 |
| ACCT #: 06012713469<br>Credit Collection Services<br>Two Wells Ave<br>Newton Center, MA 02459 | - | DATE INCURRED:<br>CONSIDERATION:<br>Collecting For - Allstate Indemnity Co.<br>REMARKS: | | | | $100.00 |
| | | | | Total for this Page (Subtotal) > | | $6,155.00 |
| | | | | Running Total > | | $25,162.00 |

IN RE: Yvonne P. Danzy
Debtor

Joint Debtor

CASE NO _____ (If Known)

CHAPTER **13**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)
*Continuation Sheet No. 4*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: 01030000879830031688586<br>Credit Protection Assc<br>14001 N. Dallas Pkwy. Ste. 1050<br>Dallas, TX 75240-4309 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Collecting for - Comcast<br>REMARKS: | | | | $200.00 |
| ACCT #: 510751384587<br>Dependon Collection Service, Inc.<br>PO Box 6074<br>River Forest, IL 60305 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Collecting for - Emergency Care Physician Services<br>REMARKS: | | | | $750.00 |
| ACCT #: 21498089<br>DirectTV<br>PO Box 9001069<br>Louisville, KY 40290-1069 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Subscription Entertainment Service<br>REMARKS: | | | | $300.00 |
| ACCT #:<br>Dr. Alston<br>2017 95th St.<br>Chicago, IL 60643 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Medical<br>REMARKS: | | | | $2,750.00 |
| ACCT #:<br>Dr. Sarma<br>c/o Michael Reese Hospital<br>2929 S. Ellis Ave.<br>Chicago, IL 60616 | | - | DATE INCURRED:<br>CONSIDERATION:<br>medical<br>REMARKS: | | | | $2,000.00 |
| ACCT #: 24544, 23983, 23929, 23848<br>Dyna Care IV Supplies<br>4804 W. 129t St.<br>Alsip, IL 60803 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Medical<br>REMARKS: | | | | $7,900.00 |
| ACCT #:<br>ECast Settlement<br>P.O. Box 35480<br>Newark, NJ 07193 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Credit card<br>REMARKS: | | | | $3,135.00 |
| | | | Total for this Page (Subtotal) > | | | | $17,035.00 |
| | | | Running Total > | | | | $42,197.00 |

IN RE: **Yvonne P. Danzy**
Debtor

Joint Debtor

CASE NO _____ (If Known)

CHAPTER **13**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)
*Continuation Sheet No. 5*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: 206959020107, 0083859601<br>Emergency Room Care Provider<br>Bankruptcy Department<br>PO Box 3065<br>Oak Brook, IL 60522 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Medical<br>REMARKS: | | | | $1,000.00 |
| ACCT #:<br>Empire Carpet<br>7045 N. Ridge Way<br>Lincolnwood, IL 60712 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Other<br>REMARKS: | | | | $1,500.00 |
| ACCT #: 26<br>ESPN<br>PO Box 37327<br>Boone, IA 50037 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Other<br>REMARKS: | | | | $25.00 |
| ACCT #:<br>First Premier Bank<br>P.O.Box 5519<br>Sioux Falls, SD 57117-5519 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Credit Card<br>REMARKS: | | | | $110.00 |
| ACCT #: 5670177<br>Hinsdale Hospital<br>120 N. Oak St.<br>Hinsdale, IL 60521 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Medical<br>REMARKS: | | | | $150.00 |
| ACCT #: 29220373, 66086264<br>Holy Cross Hospital<br>Payment Center<br>P.O.Box 2166<br>Bedford Park, IL 60499-2166 | | - | DATE INCURRED:<br>CONSIDERATION:<br>medical<br>REMARKS: | | | | $29,000.00 |
| ACCT #: 00028961274<br>Holy Cross Hospital<br>135 S. LaSalle St., Dept. 2735<br>Chicago, IL 60674 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Medical<br>REMARKS: | | | | $750.00 |
| | | | | | | Total for this Page (Subtotal) > | $32,535.00 |
| | | | | | | Running Total > | $74,732.00 |

IN RE: **Yvonne P. Danzy**
Debtor

Joint Debtor

CASE NO _____ (If Known)

CHAPTER **13**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)
*Continuation Sheet No. 6*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: 5488-9750-0297-2357<br>Household Bank<br>PO box 17051<br>Baltimore, MD 21297 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Credit Card<br>REMARKS: | | | | $1,100.00 |
| ACCT #:<br>Household Finance Corp<br>PO Box 17574<br>Baltimore, MD 21297-1574 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Other<br>REMARKS: | | | | $1,130.00 |
| ACCT #:<br>Human Services Dept. of Bureau of Collec<br>P.O.Box 19407<br>Springfield, IL 62794 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Other<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>Illinois Student Assistance Commission<br>Illinois Guaranteed Student Loan<br>1755 Lake Cook Rd<br>Deerfield, IL 60015-5209 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Student Loan<br>REMARKS: | | | | $2,870.00 |
| ACCT #: 4042<br>Internal Revenue Service<br>Mail Stop 5010-Chi<br>230 S. Dearborn<br>Chicago, IL 60604 | | - | DATE INCURRED: 1997<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | $1,955.00 |
| ACCT #:<br>JC Penney<br>4580 Paradise Blvd, NW<br>Albuquerque, NM 87201-0001 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Credit Card<br>REMARKS: | | | | $1,400.00 |
| ACCT #:<br>K-Mart<br>PO Box 15521<br>Wilmington, DE 19850 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Other<br>REMARKS: | | | | $250.00 |
| | | | | | Total for this Page (Subtotal) > | | $8,705.00 |
| | | | | | Running Total > | | $83,437.00 |

IN RE: **Yvonne P. Danzy** 
Debtor

Joint Debtor

CASE NO _____ (If Known)

CHAPTER **13**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)
*Continuation Sheet No. 7*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: 764789<br>KCA Financial Services<br>628 North St.<br>Geneva, IL 60134 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Attorney for - Southwest Radiologists<br>REMARKS: | | | | $15.00 |
| ACCT #: 15883622<br>KCA Financial Services<br>628 North St.<br>Geneva, IL 60134 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Attorney for - University of Illinois Dept.<br>REMARKS: | | | | $150.00 |
| ACCT #: 00CH9914<br>Kropik, Papuga & Shaw<br>120 S. LaSalle, Suite 1327<br>Chicago, IL 60603 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Attorney For - Bank One<br>REMARKS: | | | | $0.00 |
| ACCT #: V00011910238<br>Little Company of Mary Hospital<br>2880 W. 95th St.<br>Evergreen Park, IL 60805 | | - | DATE INCURRED:<br>CONSIDERATION:<br>medical<br>REMARKS: | | | | $300.00 |
| ACCT #: 049000003681<br>Marquette Bank<br>9612 W. 143rd St.<br>Orland Park, IL 60462 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Other<br>REMARKS: | | | | $50.00 |
| ACCT #: 049000012736<br>Marquette Radiology Associates<br>PO Box 2153<br>Bedford Park, IL 60499 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Medical<br>REMARKS: | | | | $850.00 |
| ACCT #:<br>Max Recovery Trust<br>Sears, Roebuck & Co.<br>PO Box 10228<br>Newark, NJ 07193 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Other<br>REMARKS: | | | | $900.00 |

Total for this Page (Subtotal) > **$2,265.00**

Running Total > **$85,702.00**

IN RE: **Yvonne P. Danzy**
Debtor

Joint Debtor

CASE NO _____ (If Known)

CHAPTER **13**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)
*Continuation Sheet No. 8*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>MCS<br>725 S. Wells St., Ste. 700<br>Chicago, IL 60607 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Collecting for - Evergreen Emergency Services<br>REMARKS: | | | | $775.00 |
| ACCT #:<br>Metro Inf. Dis. Consultants, LLC<br>500 E. Ogden Ste C<br>Hinsdale, IL 60521 | | - | DATE INCURRED:<br>CONSIDERATION:<br>medical<br>REMARKS: | | | | $360.00 |
| ACCT #: 4305-7221-3804-1614<br>National Action Financial Services<br>PO Box 9027<br>Williamsville, NY 14231-9027 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Collecting For - Capital One<br>REMARKS: | | | | $700.00 |
| ACCT #:<br>Nationwide Acceptance<br>3435 N. Cicero Ave<br>Chicago, IL 60641 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Other<br>REMARKS: | | | | $2,500.00 |
| ACCT #:<br>NCO Financial Systems<br>PO Box 41457<br>Philadelphia, PA 19101-1457 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Collecting For - Holy Cross Hospital<br>REMARKS: | | | | $150.00 |
| ACCT #: 1347860<br>OMNI Credit Services<br>333 Bishops Way<br>Brookfield, WI 53005 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Collecting for - Tru Green<br>REMARKS: | | | | $100.00 |
| ACCT #:<br>Orchard Bank<br>P.O.Box 19360<br>Portland, OR 97280-7044 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Credit Card<br>REMARKS: | | | | $1,100.00 |

Total for this Page (Subtotal) > **$5,685.00**

Running Total > **$91,387.00**

IN RE: **Yvonne P. Danzy**
Debtor

Joint Debtor

CASE NO _____ (If Known)

CHAPTER **13**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)
*Continuation Sheet No. 9*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: 9344757<br>Orthopaedics Northeast, PC<br>PO Box 13669<br>Fort Wayne, IN 46865 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Medical<br>REMARKS: | | | | $80.00 |
| ACCT #: 370886300027686385, 37090800002<br>OSI Collection Services, Inc.<br>PO Box 550720<br>Jacksonville, FL 32255-0720 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Collecting for - Holy Cross Hospital<br>REMARKS: | | | | $425.00 |
| ACCT #: A465003593301<br>Pathology Consultants of Chicago<br>P.O.Box 88493<br>Chicago, IL 60680-7493 | | - | DATE INCURRED:<br>CONSIDERATION:<br>medical<br>REMARKS: | | | | $150.00 |
| ACCT #:<br>Peoples Energy<br>130 E. Randolph Dr.<br>Chicago, IL 60687-6207 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Utility<br>REMARKS: | | | | $1,300.00 |
| ACCT #: 1500032773616<br>Peoples Energy<br>130 E. Randolph Dr.<br>Chicago, IL 60687-6207 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Utility<br>REMARKS: | | | | $1,400.00 |
| ACCT #:<br>Pinnacle Financial Group<br>7825 Washington Ave. South Ste. 410<br>Minneapolis, MN 55439 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Collecting for - Fingerhut<br>REMARKS: | | | | $455.00 |
| ACCT #: 00007523103IP<br>Premium Asset Recovery<br>600 S. Dixie Hwy. Ste. 211<br>Boca Raton, FL 33432 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Collecting for - Michael Reese Hospital<br>REMARKS: | | | | $1,000.00 |

Total for this Page (Subtotal) > **$4,810.00**

Running Total > **$96,197.00**

IN RE: **Yvonne P. Danzy**
Debtor

Joint Debtor

CASE NO _____ (If Known)

CHAPTER **13**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 10*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>Providian Financial<br>P.O. Box 9539<br>Manchester, NH 03108-9539 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Credit Card<br>REMARKS: | | | | $2,340.00 |
| ACCT #: 23251<br>Radiology Imaging Specialists<br>6910 S. Madison St.<br>Willowbrook, IL 60527 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Medical<br>REMARKS: | | | | $150.00 |
| ACCT #:<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Collection agency<br>REMARKS: | | | | $2,110.00 |
| ACCT #:<br>Sallie Mae Servicing<br>220 Lasley Ave.<br>Wilkes Barre, PA 18706 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Student Loan<br>REMARKS: | | | | $6,175.00 |
| ACCT #:<br>SBC<br>Bill Payment Center<br>Chicago, IL 60663-0001 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Utility<br>REMARKS: | | | | $500.00 |
| ACCT #:<br>Sears, Roebuck & Co<br>c/o Gloria Smithberger, registered agent<br>3333 Beverly Rd<br>Hoffman Estates, IL 60179 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Credit Card<br>REMARKS: | | | | $1,990.00 |
| ACCT #:<br>Span Construction | | - | DATE INCURRED:<br>CONSIDERATION:<br>Other<br>REMARKS: | | | | $500.00 |
| | | | Total for this Page (Subtotal) > | | | | $13,765.00 |
| | | | Running Total > | | | | $109,962.00 |

IN RE: **Yvonne P. Danzy**
Debtor

Joint Debtor

CASE NO _____ (If Known)

CHAPTER **13**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)
*Continuation Sheet No. 11*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>Spiegel<br>c\o Michael R. Moran<br>3500 Lacey Rd.<br>Downers Grove, IL 60515 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Credit Card<br>REMARKS: | | | | $2,035.00 |
| ACCT #: 00936569286<br>Sprint PCS<br>PO Box 219718<br>Kansas City, MO 64121-9718 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Utility<br>REMARKS: | | | | $150.00 |
| ACCT #:<br>Telecheck<br>PO Box 17380<br>Denver, CO 80210-380 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Collecting For - K-Mart<br>REMARKS: | | | | $260.00 |
| ACCT #: 70428065<br>United Collection Bureau, Inc.<br>5620 Southwyck Blvd, Suite 206<br>Toledo, OH 43614 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Collecting for - University Pathologists<br>REMARKS: | | | | $100.00 |
| ACCT #:<br>University of Chicago Hospital<br>8201 S. Cass Ave<br>Darien, IL 60561 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Medical<br>REMARKS: | | | | $570.00 |
| ACCT #:<br>Vibe<br>PO Box 59578<br>Boulder, CO 80322 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Other<br>REMARKS: | | | | $20.00 |
| ACCT #: 2436305<br>Wexler & Wexler<br>500 W. Madison St., Suite 2910<br>Chicago, IL 60661 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Collecting For - Wal-Mart<br>REMARKS: | | | | $600.00 |

Total for this Page (Subtotal) > **$3,735.00**
Running Total > **$113,697.00**