IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Danzy, Yvonne P | Case Number: 04 B 31122 |
| | Judge: Squires, John H |
| Printed: 4/19/05 | Filed: 8/20/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Ch 7 Conversion: March 4, 2005
Confirmed: October 6, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 1,768.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,673.65 |
| Trustee Fee: | | 94.35 |
| Other Funds: | | 0.00 |
| Totals: | 1,768.00 | 1,768.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Adams & Associates | Administrative | 2,110.00 | 1,673.65 |
| 2. | HomeComings Financial Network | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 4. | Century Liquidation | Secured | 0.00 | 0.00 |
| 5. | HomeComings Financial Network | Secured | 24,436.90 | 0.00 |
| 6. | Internal Revenue Service | Priority | 1,935.31 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 239.84 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 94.50 | 0.00 |
| 9. | Internal Revenue Service | Unsecured | 1.76 | 0.00 |
| 10. | Illinois Student Assistance Commission | Unsecured | 354.45 | 0.00 |
| 11. | Premium Asset Recovery Corp | Unsecured | 100.00 | 0.00 |
| 12. | Peoples Energy Corp | Unsecured | 138.85 | 0.00 |
| 13. | Niko | Unsecured | 110.44 | 0.00 |
| 14. | Nationwide Acceptance Corporat | Unsecured | 225.33 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 230.31 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 98.55 | 0.00 |
| 17. | Capital One | Unsecured | 62.63 | 0.00 |
| 18. | Resurgent Capital Services | Unsecured | 219.30 | 0.00 |
| 19. | University Pathologists PC | Unsecured | 5.64 | 0.00 |
| 20. | Cook County Treasurer | Unsecured | 0.00 | 0.00 |
| 21. | City Of Chicago | Secured | | No Claim Filed |
| 22. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 23. | America OnLine | Unsecured | | No Claim Filed |
| 24. | AT&T | Unsecured | | No Claim Filed |
| 25. | American General Finance | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Danzy, Yvonne P                                          Case Number:  04 B 31122
                                                                                              Judge:  Squires, John H

                  Printed:  4/19/05                                            Filed:  8/20/04

| # | Creditor | Type | Claim |
|---|---|---|---|
| 26. | Allied Interstate Inc | Unsecured | No Claim Filed |
| 27. | Best Buy | Unsecured | No Claim Filed |
| 28. | AT&T | Unsecured | No Claim Filed |
| 29. | Direct Tv | Unsecured | No Claim Filed |
| 30. | Avenue | Unsecured | No Claim Filed |
| 31. | Peoples Energy Corp | Unsecured | No Claim Filed |
| 32. | Blockbuster Video | Unsecured | No Claim Filed |
| 33. | BP Amoco | Unsecured | No Claim Filed |
| 34. | Cameron Medical Hospital | Unsecured | No Claim Filed |
| 35. | Chicago Patrolmen's Fed Credit Union | Unsecured | No Claim Filed |
| 36. | Cameron Medical Hospital | Unsecured | No Claim Filed |
| 37. | CFC Financial Corp | Unsecured | No Claim Filed |
| 38. | Capital One | Unsecured | No Claim Filed |
| 39. | Bennett Law Offices | Unsecured | No Claim Filed |
| 40. | Chicago Sun Times Credit Union | Unsecured | No Claim Filed |
| 41. | CFG Credit LP | Unsecured | No Claim Filed |
| 42. | City of Chicago Ambulance | Unsecured | No Claim Filed |
| 43. | Hinsdale Hospital | Unsecured | No Claim Filed |
| 44. | Alston Charles | Unsecured | No Claim Filed |
| 45. | City Of Chicago Dept Of Revenue | Unsecured | No Claim Filed |
| 46. | City Of Chicago | Unsecured | No Claim Filed |
| 47. | Credit Collection | Unsecured | No Claim Filed |
| 48. | Commonwealth Edison | Unsecured | No Claim Filed |
| 49. | Dependon Collections Service | Unsecured | No Claim Filed |
| 50. | Credit Protection | Unsecured | No Claim Filed |
| 51. | ADT Security Systems | Unsecured | No Claim Filed |
| 52. | Dynacare Laboratories | Unsecured | No Claim Filed |
| 53. | Michael Reese Hospital | Unsecured | No Claim Filed |
| 54. | First Premier | Unsecured | No Claim Filed |
| 55. | Chicago Tribune Credit Union | Unsecured | No Claim Filed |
| 56. | Emergency Room Care Providers | Unsecured | No Claim Filed |
| 57. | Christ Hospital | Unsecured | No Claim Filed |
| 58. | Holy Cross Hospital | Unsecured | No Claim Filed |
| 59. | Holy Cross Hospital | Unsecured | No Claim Filed |
| 60. | Orchard Bank | Unsecured | No Claim Filed |
| 61. | JC Penney Corporation Inc | Unsecured | No Claim Filed |
| 62. | Marquette National Bank | Unsecured | No Claim Filed |
| 63. | KCA Financial Service | Unsecured | No Claim Filed |
| 64. | KCA Financial Service | Unsecured | No Claim Filed |
| 65. | Kropik Papuga and Shaw | Unsecured | No Claim Filed |
| 66. | Little Company Of Mary Hospital | Unsecured | No Claim Filed |
| 67. | K Mart Corp | Unsecured | No Claim Filed |
| 68. | Marquette University | Unsecured | No Claim Filed |
| 69. | National Action Financial Services | Unsecured | No Claim Filed |
| 70. | ESPN | Unsecured | No Claim Filed |
| 71. | Department Of Health & Human Services | Unsecured | No Claim Filed |
| 72. | NCO Financial Systems | Unsecured | No Claim Filed |
| 73. | Orthopaedics & Scoliosis Ltd | Unsecured | No Claim Filed |
| 74. | Omni Credit Service | Unsecured | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE:** Danzy, Yvonne P | Case Number: 04 B 31122 | |
| | Judge: Squires, John H | |
| Printed: 4/19/05 | Filed: 8/20/04 | |

| | | | | |
|---|---|---|---|---|
| 75. | Max Recovery Inc | Unsecured | | No Claim Filed |
| 76. | Metro Infectious Disease Consu | Unsecured | | No Claim Filed |
| 77. | OSI Collection Svc Inc | Unsecured | | No Claim Filed |
| 78. | Pinnacle Fincial Group Inc | Unsecured | | No Claim Filed |
| 79. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 80. | Pathology Assoc Of Chicago | Unsecured | | No Claim Filed |
| 81. | Household Finance | Unsecured | | No Claim Filed |
| 82. | Radiology Imaging Consultants | Unsecured | | No Claim Filed |
| 83. | Allen Collections | Unsecured | | No Claim Filed |
| 84. | SBC | Unsecured | | No Claim Filed |
| 85. | Sallie Mae | Unsecured | | No Claim Filed |
| 86. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 87. | Sprint | Unsecured | | No Claim Filed |
| 88. | Telecheck | Unsecured | | No Claim Filed |
| 89. | Spiegel | Unsecured | | No Claim Filed |
| 90. | University of Chicago Hospital | Unsecured | | No Claim Filed |
| 91. | Friedman & Wexler LLC | Unsecured | | No Claim Filed |
| 92. | MCS | Unsecured | | No Claim Filed |
| 93. | City Of Chicago | Unsecured | | No Claim Filed |
| 94. | Vibe | Unsecured | | No Claim Filed |
| | | | $ 30,363.81 | $ 1,673.65 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 61.45 |
| 4% | 32.90 |
| | $ 94.35 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_